UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Yolanda D. Tyson,					17-cv-04990 (KMK)

                    Plaintiff(s),

   -against-						CALENDAR NOTICE

The Town of Ramapo,

                    Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | _X_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Order to Show Cause |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest/Damages | |

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 7, 2020 at 11:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: December 17, 2019
       White Plains, New York

                                      So Ordered

                                      Kenneth M. Karas, U.S.D.J