UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TYSON,

                         Plaintiff,

v.                                                                      **ORDER**

THE TOWN OF RAMAPO, et al.,                    17-cv-04990 (PMH)

                         Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Due to the extension of the discovery schedule, the case management conference previously scheduled for 6/9/2020 is adjourned to 9/10/2020 at 2:00 p.m.

**SO ORDERED:**

Dated:  New York, New York
        June 1, 2020

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge