UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYSON,

                        Plaintiff,

v.                                                                 **ORDER**

THE TOWN OF RAMAPO, et al.,                17-CV-04990 (PMH)

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties appeared for an in-person case management conference today. The Court heard argument on defendants' pre-motion conference letter (Doc. 92) and plaintiff's response thereto (Doc. 93).

      For the reasons stated on the record, by August 23, 2022, defendants shall produce to plaintiff the unredacted documents concerning the eleven proposed comparators regarding 207-c and light/modified duty, as discussed at the conference. On August 23, 2022, Plaintiff shall confirm receipt of the production in a letter to the Court filed by ECF. The continued summary judgment pre-motion conference will thereafter be scheduled.

      The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 92).

**SO ORDERED:**

Dated:  White Plains, New York
          August 9, 2022

                                                                 Philip M. Halpern
                                                                 United States District Judge