# SUSSMAN & GOLDMAN

~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

Michael H. Sussman
Jonathan R. Goldman
Eli D. Siems

(845) 294-3991 [Tel]
(845) 294-1623 [Fax]
info@sussman.law

Christopher D. Watkins
Mary Jo Whateley
*Of Counsel*

Rasheed Hosein
*Paralegal*

Monica Ponce-Agredano

**VIA ECF**

April 28, 2023

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The time to file the revised Rule 56.1 statement together with any supplemental affidavit(s) and exhibits as described in the Court's April 21, 2023 order is extended to May 5, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 28, 2023

Re:   *Tyson v. The Town of Ramapo, et al.*
      No. 17-cv-04990 (PMH)

Dear Judge Halpern,

This office represents the plaintiff in the above-referenced matter. Per its April 21, 2023 Order, the Court directed the parties to meet and confer and file a revised Rule 56.1 Statement by April 28, 2023. On consent of opposing counsel, we write to respectfully request a one-week extension of this deadline, to and including May 5, 2023. This extension is needed as Mr. Sussman is out of town and unavailable to complete this task by the original deadline. We thank the Court for its consideration of this request and apologize for any inconvenience thereby caused.

Respectfully submitted,

Jonathan R. Goldman

cc: All counsel of record (by ECF)