**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YOLANDA D. TYSON,

                Plaintiff,                17 **CIVIL** 4990 (PMH)

     -against-                       **JUDGMENT**

THE TOWN OF RAMAPO, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 12, 2023, Defendants motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          June 12, 2023

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                      **BY:**

                                                     **Deputy Clerk**